SHA-1 Hash: 121AC0B46088E7C235A23D4379BE65A1840E9B77       Title: X-Art Siterip #1
Rights Owner: Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 173.73.74.209 | 1/27/2012 16:26 | Springfield | VA | Verizon Internet Services | BitTorrent |
| 2 | 108.15.200.62 | 12/25/2011 11:19 | Roanoke | VA | Verizon Internet Services | BitTorrent |
| 3 | 108.28.105.157 | 1/7/2012 3:01 | Centreville | VA | Verizon Internet Services | BitTorrent |
| 4 | 108.28.69.241 | 12/30/2011 15:10 | Centreville | VA | Verizon Internet Services | BitTorrent |
| 5 | 108.39.108.56 | 12/9/2011 1:13 | Chesapeake | VA | Verizon Internet Services | BitTorrent |
| 6 | 108.39.98.136 | 12/16/2011 12:49 | Virginia Beach | VA | Verizon Internet Services | BitTorrent |
| 7 | 108.4.15.16 | 12/8/2011 13:43 | Richmond | VA | Verizon Internet Services | BitTorrent |
| 8 | 173.50.77.85 | 2/3/2012 16:01 | Hampton | VA | Verizon Internet Services | BitTorrent |
| 9 | 173.53.34.3 | 12/6/2011 18:29 | Midlothian | VA | Verizon Internet Services | BitTorrent |
| 10 | 173.73.87.55 | 1/7/2012 23:29 | Springfield | VA | Verizon Internet Services | BitTorrent |
| 11 | 173.79.121.241 | 1/19/2012 3:41 | Arlington | VA | Verizon Internet Services | BitTorrent |
| 12 | 173.79.76.22 | 1/26/2012 11:53 | Alexandria | VA | Verizon Internet Services | BitTorrent |
| 13 | 71.178.50.224 | 2/5/2012 3:50 | Centreville | VA | Verizon Internet Services | BitTorrent |
| 14 | 71.255.240.82 | 1/26/2012 22:13 | Manassas | VA | Verizon Internet Services | BitTorrent |
| 15 | 72.66.105.91 | 1/9/2012 1:07 | Arlington | VA | Verizon Internet Services | BitTorrent |
| 16 | 72.66.64.76 | 12/23/2011 17:34 | Reston | VA | Verizon Internet Services | BitTorrent |
| 17 | 74.110.211.252 | 1/8/2012 7:58 | Midlothian | VA | Verizon Internet Services | BitTorrent |
| 18 | 74.96.222.232 | 12/16/2011 23:00 | Manassas | VA | Verizon Internet Services | BitTorrent |
| 19 | 74.96.234.175 | 1/8/2012 22:09 | Sterling | VA | Verizon Internet Services | BitTorrent |
| 20 | 96.241.114.142 | 1/2/2012 12:33 | Burke | VA | Verizon Internet Services | BitTorrent |
| 21 | 96.249.253.75 | 1/22/2012 2:08 | Virginia Beach | VA | Verizon Internet Services | BitTorrent |
| 22 | 96.253.75.51 | 1/12/2012 23:59 | Richmond | VA | Verizon Internet Services | BitTorrent |
| 23 | 96.255.41.72 | 12/14/2011 22:26 | Manassas | VA | Verizon Internet Services | BitTorrent |

EXHIBIT A

OEVA1